**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 09-cv-01300-ZLW-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   November 10, 2009** | **Courtroom Deputy:**   Linda Kahoe |

SUE ANNE MICHAELS,                       Gregory Alan Hall
                                                   Melinda Bess Barton

     Plaintiff,

     v.

AKAL SECURITY, INC.,                    Emily Fontelle Keimig
                                                   Daniel Mitchell Combs

ERIC HOLDER,                              Amy L. Padden
                                                   Joshua Edward Gardner
                                                   Ryan Bradley Parker

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:**     1:34 p.m.
Court calls case.  Appearances of counsel.  Also appearing for Defendant Holder is C. Joseph Carroll, Associate General Counsel.

Discussion and arguments regarding Plaintiff's Motion for Leave to File Second Amended Complaint Pursuant to Fed.R.Civ.P.15, doc #[42] filed 10/26/2009.

The court cites relevant case law.

For the reasons as stated on the record, it is:

**ORDERED:   Plaintiff's Motion for Leave to File Second Amended Complaint Pursuant to Fed.R.Civ.P.15, doc #[42] is GRANTED.  Plaintiff's Second Amended Complaint #[42-2] is deemed filed as of today's date.**

Discussion and arguments regarding Defendant Attorney General's Motion to Stay Proceedings, doc #[35] filed 10/1/2009.

For the reasons as stated on the record, it is:

**ORDERED:   Defendant Attorney General's Motion to Stay Proceedings, doc #[35] is GRANTED.  Discovery is STAYED pending a ruling on the Motion to Dismiss, doc #[34].  The exceptions to the Stay of Discovery will be the parties' continuing efforts under Rule 7.1A to meet and confer to resolve discovery disputes relating to discovery that was served before the Motion to Stay was filed and discovery that was served or responded to in advance of this ruling.  The Defendant has agreed to make Mr. Zahren available for deposition to be conducted on a mutually agreeable schedule after a ruling on the pending Motion to Dismiss.**

The court provides clarification on procedures regarding discovery disputes and compliance with Rule 7.1A.

**ORDERED:   Defendant Holder shall file supplemental discovery responses under Rule 26(b) within 30 days of today's date.**

HEARING CONCLUDED.

**Court in recess**:         2:50 p.m.
Total time in court:     01:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.