IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01300-ZLW-CBS

SUE ANNE MICHAELS,

    Plaintiff,

v.

AKAL SECURITY, INC., and
ERIC HOLDER, Attorney General, United States Department of Justice,

    Defendants.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA LEESON WEINSHIENK

Dated: March 19, 2010

    It is ORDERED that Defendant Attorney General's Motion To Dismiss Amended Complaint (Doc. No. 34; Oct. 1, 2009) is denied as moot as Plaintiff filed a Second Amended Complaint (Doc. No. 49; Nov. 10, 2009).[1] The Court notes that Defendant Attorney General subsequently filed a motion to dismiss the Second Amended Complaint (Doc. No. 51; Nov. 25, 2009), which is still pending.

---

[1] *See* Amended Courtroom Minutes/Minute Order (Doc. No. 53; Nov. 10, 2009).