IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01300-ZLW-CBS

SUE ANNE MICHAELS,

    Plaintiff,

v.

AKAL SECURITY, INC., and
ERIC HOLDER, Attorney General, United States Department of Justice,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    It is ORDERED that Plaintiff's Motion To Dismiss With Prejudice (Doc. No. 72; Sep. 10, 2010) is granted. It is

    FURTHER ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), the parties to pay their own costs and attorney's fees

    DATED at Denver, Colorado, this 16th day of September, 2010.

                              BY THE COURT:

                              _____
                              ZITA LEESON WEINSHIENK, Senior Judge
                              United States District Court